DISTRICT OF OREGON
**FILED**
**September 09, 2022**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Cristina Marie Chavez**<br><br>Debtor(s) | Case No. **22-31189-thp13**<br>☒ Amended<br><br>Confirmation Hearing Date: **09/08/2022**<br><br>**ORDER CONFIRMING PLAN AND RESOLVING MOTIONS** |

The debtor's plan having been provided to creditors and the court having found that it complies with 11 U.S.C. § 1325, now, therefore **IT IS ORDERED**:

1. Debtor's plan (Docket # **2**) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in paragraph 4 below.

2. Pursuant to 11 U.S.C. § 522(f)(1), the following liens are avoided [*list alphabetically, and only one per line, including each creditor's name, service address, and lien type (for example, judicial lien or non-purchase money security interest)*]:

   **None**

3. Per the filed *Chapter 13 Debtor's Attorney's Compensation Disclosure and Application* (Local Bankruptcy Form (LBF) 1305) and, if applicable, the *Chapter 13 Debtor's Attorney's Schedule 2.(b) Itemization* (LBF 1306), compensation to debtor's counsel of attorney fees of $**3,450.00** and expenses of $**313.00**, of which $**913.00** has been paid, leaving $ **2,850.00** to be paid as funds become available per plan paragraph 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

**¶3(a) DELETE "$875.00" and ADD "$1,025.00";**
**¶4(b)(1) DELETE "Emerald Palace Apartments Past due rent $10,236.00 0.0% $175.00";**
**¶4(b)(1) DELETE "$28,884.00, 4.5%, $540.00" and ADD "$29,114.00, 13.89%, $700.00"; and**
**¶5 DELETE "See paragraph 4(b)(1)" and ADD "default to be paid via Trustee disbursements of $175.00/mo. at 0.0% interest"**

5. The terms of this order are subject to any objection filed within 21 days by [*list alphabetically, and only one per line, including each creditor's name, service address*]:
**None**

6. Additional provisions, if any:

###

I certify that on **09/08/2022** I provided this order to the trustee for submission to the court.

***/s/* Alexzander C. J. Adams**
Debtor or Debtor's Attorney

Approved: ***/s/* J. Hantman for Wayne Godare**
Trustee