UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 22-31189-DWH13 |
| CRISTINA M CHAVEZ | ) | |
| | ) | TRUSTEE MOTION TO DISMISS |
| | ) | FOR FAILURE TO PROVIDE REQUIRED |
| | ) | TAX RETURNS |
| | ) | **WITH NOTICE** |
| Debtor(s). | ) | |

Wayne Godare, Standing Chapter 13 Trustee represents that the debtor(s) are in violation of ¶10 of Debtor(s) Chapter 13 Plan. The Trustee has previously requested from the debtor(s) copies of the **2024 Federal and State** tax returns which are due to be provided to the Trustee. As of the date of this Motion, the Trustee has received no satisfactory response to the request. This lack of satisfactory response is a failure to cooperate as required by 11 U.S.C. §521(a)(3) and is cause for dismissal pursuant to 11 U.S.C. §1307(c).

Accordingly, the Trustee moves this Court for an Order dismissing this case without further notice or hearing for unreasonable delay that is prejudicial to creditors pursuant to 11 U.S.C. 1307(c)(1) and/or material default under the terms of the plan pursuant to 11 U.S.C. 1307(c)(6), unless the debtor(s) within 28 days of the service date of this Motion with Notice, does one of the following to correct the default:

1. Files a written request for a hearing using *LBF 1366* and provides to the Court and Trustee, a specific objection including grounds for denial of the Motion.

2. Files the requested tax returns with the appropriate taxing authorities (if necessary) and provides copies of the returns to the Trustee.

I certify that on March 5, 2026, I served copies of the above Motion on the debtor(s) via first class mail and on any debtor attorney electronically via ECF.

Dated: March 5, 2026

/s/ *Wayne Godare*
Chapter 13 Trustee

**NOTICE IS GIVEN** THAT unless the debtor(s) satisfies one of the two requirements set out above within the specified time period, the Trustee will request that the Court grant this Motion and enter an Order dismissing this case without further notice.