DISTRICT OF OREGON
**F I L E D**
**May 13, 2026**
**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN THAT:

(a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if this application and order thereon are timely served unless, within 30 days of the FILED date, a party files a written objection setting forth specific grounds for the objection with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of the fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and the bill is served on the debtor unless, within 14 days after service, a written objection is filed.

(b) The applicant must: (1) comply with all provisions in the court's Notice to Serve Document(s), and (2) serve this document and file the completed certificate of service using this document without any attachments other than a list of parties served using paper, if any.

David W. Hercher
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Cristina Marie Chavez**<br><br>Debtor | Case No. **22-31189-dwh13**<br>☐ Amended<br><br>**CHAPTER 13 DEBTOR'S ATTORNEY'S SUPPLEMENTAL-COMPENSATION APPLICATION; AND ORDER AND NOTICE THEREON** |

1. This application is made by debtor's attorney (applicant).

2. In applicant's Chapter 13 Debtor's Attorney's Compensation Disclosure and Application on Local Bankruptcy Form (LBF) 1305, applicant selected [*check one*]:

   ☒ Schedule 2.(a)

   ☐ Schedule 2.(b)

   ☐ Schedule 3.

3. This application [*check one*] ☐ is ☒ is not applicant's final application in this case.

4. Applicant has previously been allowed compensation and expense reimbursement in the plan-confirmation order and any prior LBF 1307s in the total amount of $ 5,680.00 . The court has previously awarded compensation and expense reimbursement to another attorney representing the debtor in the total amount of $ 0.00 .

5. Applicant applies for supplemental allowance of compensation and expense reimbursement totaling $ 789.22 for the period 05/06/2023 through 05/08/2026 . An itemized statement of services rendered and expenses incurred is attached [*see instruction below regarding the period to be covered by this statement*]. If this application is granted, the total amount allowed will be $ 6,469.22 . If this application is final, it includes $ 0.00 in anticipated additional fees to complete the case. Other information affecting the amount requested, such as discounts included, is as follows:

6. Allowance of this application will [*mark all that apply*]—

☒ not affect the distribution to creditors.

☐ delay the distribution to creditors by approximately ____ months.

☐ reduce the estimated distribution to general unsecured creditors from _____% to _____%

☒ increase the total amount that the debtor will pay into the plan.

☒ not change the length of the plan, which is estimated to be 60 months.

☐ change the estimated length of the plan from ____ months to ____ months.

☐ not require the payment of additional funds, because the trustee currently holds sufficient funds to pay the requested fees and expenses.

☐ other: ________________________________________________.

7. If applicant has previously shared any compensation or there exists any agreement or understanding between applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case, other than as a member or regular associate of a firm of attorneys, the details of the sharing or sharing agreement, other than those disclosed in LBF 1305 or a prior LBF 1307, are as follows:

**05/08/2026**
Date

**/s/ Alexzander C.J. Adams**
Applicant's Signature

**Alexzander C.J. Adams** **082441**
Type or Print Applicant's Name OSB#

**(503) 278-5400**
Applicant's Telephone Number

**3720 SW 141st Ave., Ste. 201, Beaverton, OR 97005**
Applicant's Service Address

## CERTIFICATE OF SERVICE

I certify that on ________ a copy of this application and order thereon (without attachments) and any Notice of Hearing prepared by the court per the judge's order were served on the debtor and, if the total amount requested exceeds $1,000, on all creditors (or, per Local Bankruptcy Rule (LBR) 2002-1(j), if the applicable time period described in FRBP 2002(h) has passed, only on each entity that is listed in FRBP 2002(h)). I have attached a clearly identified list of the names, addresses, and methods for service on all parties served using paper. The application served on creditors did not include the attachment, but any creditor may obtain a copy of the attachment upon request to applicant.

________________________________
Signature & Relation to Applicant

## INSTRUCTIONS

Do not serve this application until the judge has signed it at the top of the first page.

No application may be filed (a) if Schedule 1 was selected on LBF 1305, (b) to request fees and expenses less than $500 on a nonfinal LBF 1307, (c) sooner than six months after the last to be filed of the LBF 1305 or the most recent prior LBF 1307, if any, (d) after filing a final LBF 1307, or (e) after 28 days after service of the trustee's notice of plan completion (LBR 2016-1(e)(3)(A)).

If Schedule 2.(b) was selected—and even if an LBF 1306 was filed—the first LBF 1307 must include an itemized statement of all services rendered and expenses incurred in contemplation of or in connection with the case, both before and after the petition date, and it must reflect the paid amounts listed in the LBF 1305 and amounts allowed in the confirmation order (LBR 2016-1(e)(3)(B)).

The presumptively reasonable compensation for preparation of each LBF 1307 is $100 (LBR 2016-1(e)(3)(C)).

If allowance of the compensation requested in an LBF 1307 will require a plan modification, the debtor must, within 28 days after allowance of this application, file either a Notice of Postconfirmation Amendment of Plan on LBF 1355.10 and a proposed amended plan on the appropriate LBF or a statement why none has been filed. (LBR 2016-1(e)(3)(D)).

Period to be covered by itemized statement of services required by paragraph 5:

- For the first LBF 1307 filed by an applicant who selected Schedule 2.(a) in LBF 1305, the period begins the day after the court entered the order confirming plan.

- For the first LBF 1307 filed by an applicant who selected Schedule 2.(b) in LBF 1305, the period begins the first date of the services for which applicant sought compensation in the LBF 1305 (paragraph 4.c.i).

- For any second or subsequent LBF 1307, the period begins the day after the prior application period ended.

# INVOICE

Invoice # 10677
Date: 05/07/2026

# Law Office of Alexzander C. J. Adams, P.C.

3720 SW 141st Avenue Suite 201
Beaverton, OR 97005

Cristina Chavez
1725 NW 173rd Ave Apt. #813
Beaverton, OR 97006

### Services

| Type | Date | Description | Time Keeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 05/09/2023 | Review of signed Order re Supp App - Prep/file COS and serve (n/c) | KK | 0.30 | $0.00 | $0.00 |
| Service | 11/28/2023 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 12/11/2023 | EM to client requesting 2022 tax return | NH | 0.10 | $185.00 | $18.50 |
| Service | 02/02/2024 | EM to client with needed documents (n/c) | NH | 0.10 | $0.00 | $0.00 |
| Service | 02/15/2024 | Call to client for taxes; VM - EM to client for taxes (n/c) | NH | 0.10 | $0.00 | $0.00 |
| Service | 02/28/2024 | Check with all staff members for taxes; redact and send to client via EM | NH | 0.20 | $185.00 | $37.00 |
| Service | 02/29/2024 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 05/17/2024 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 08/15/2024 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 08/30/2024 | Email to client regarding 2023 taxes | DP | 0.10 | $185.00 | $18.50 |
| Service | 09/10/2024 | Call to client regarding 2023 taxes; | DP | 0.10 | $185.00 | $18.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | VM. | | | | |
| Service | 09/16/2024 | Email to client regarding 2023 taxes. | DP | 0.10 | $185.00 | $18.50 |
| Service | 10/09/2024 | Call to client regarding 2023 taxes; VM. | DP | 0.10 | $185.00 | $18.50 |
| Service | 10/25/2024 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 01/02/2025 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 02/21/2025 | Review of Trustee's Motion to Dismiss for Failure to Make a Plan Payment or Provide Trustee with Tax Returns (2023 returns) - Save to efile and EM copy to clients | KK | 0.10 | $0.00 | $0.00 |
| Service | 02/24/2025 | Review of EM from client saying she previously sent to us - NOT in efile - Send response EM to client requesting she send a copy to KK directly | KK | 0.10 | $395.00 | $39.50 |
| Service | 02/27/2025 | Review of EM from client re her only copy of 2023 returns is on her work computer - Send response EM re getting us a copy as soon as possible | KK | 0.10 | $395.00 | $39.50 |
| Service | 02/28/2025 | Review of EM from client w/ 2023 tax returns - Save to efile - Redact and EM copy to TT | KK | 0.20 | $395.00 | $79.00 |
| Service | 03/03/2025 | Review of TT W/draw of TT MTD | KK | 0.10 | $395.00 | $39.50 |
| Service | 03/05/2025 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 05/07/2025 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 07/10/2025 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 09/11/2025 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 11/13/2025 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 01/16/2026 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 03/09/2026 | Review of TT MTD for 2024 tax returns - Save to efile - Review of efile (STILL NEED 2024 Federal Return) - Call to client re same (mailbox full) - | KK | 0.20 | $395.00 | $79.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Send EM to client w/ copy of TT MTD | | | | |
| Service | 03/13/2026 | Review of task re TT MTD for 2024 tax returns - Review of efile - Call to client re same (mailbox full) - Send renewed EM to client w/ copy of TT MTD | KK | 0.20 | $395.00 | $79.00 |
| Service | 03/19/2026 | Review of task re TT MTD for 2024 tax returns - Review of efile - Call to client re same (v/m) - Send renewed EM to client re same | KK | 0.10 | $395.00 | $39.50 |
| Service | 03/20/2026 | Review of EM from client w/ copy fo 2024 Federal return - Save to efile - Send response EM to client re still need State return | KK | 0.10 | $395.00 | $39.50 |
| Service | 03/23/2026 | Review of file and fee itemization re possible Supp App (n/c) | KK | 0.20 | $0.00 | $0.00 |
| Service | 03/23/2026 | Review of EM from client w/ 2024 state return - Save to efile - Reformat w/ federal return, redact and EM copy to TT | KK | 0.20 | $395.00 | $79.00 |
| Service | 03/24/2026 | Review of TT W/draw of TT MTD | KK | 0.10 | $395.00 | $39.50 |
| Service | 05/08/2026 | Review of file and fee itemization for accuracy and impact on plan; notes to file and instructions for filing | KK | 1.00 | $100.00 | $100.00 |
| | | | | | **Quantity Subtotal** | **6.3** |
| | | | | | **Services Subtotal** | **$782.50** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/09/2023 | Service of Order re Supp App | 1.00 | $15.72 | $15.72 |
| | | | | **Expenses Subtotal** | **$15.72** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Kirk Knutson | Attorney | 1.4 | $395.00 | $553.00 |
| Kirk Knutson | Attorney | 1.0 | $100.00 | $100.00 |
| Kirk Knutson | Attorney | 3.0 | $0.00 | $0.00 |
| Nona Henderson | Non-Attorney | 0.3 | $185.00 | $55.50 |
| Nona Henderson | Non-Attorney | 0.2 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Dominique Powers | Non-Attorney | 0.4 | $185.00 | $74.00 |
| | | | **Quantity Total** | **6.3** |
| | | | **Subtotal** | **$798.22** |
| | | | **Total** | **$798.22** |

Please make all amounts payable to: Law Office of Alexzander C. J. Adams, P.C.